Exhibit 3

| COP Security System – Surveillance Camera (see Product List at end for models) |
| :--- |
| Infringement of the '790 patent |

| Claim 1 | Evidence |
| :--- | :--- |
| 1. An interface for receiving data from an image sensor having an imaging array and a clock generator for transfer to a processor system comprising: | The COP Security surveillance camera has an interface for receiving data from an image sensor having an imaging array and a clock generator for transfer to a processor system.<br><br>For example, an image capturing system of the surveillance camera has an image sensor (e.g. 2MP, 4MP, 5MP, 8MP depending on the camera model) that includes an imaging array and a clock generator. An interface system of the surveillance camera includes a processor system that performs operations on image data (e.g. compression, object detection and tracking, on-camera analytics, and operations to output image data on various an I/O interface e.g. 10Mbs/100Mbs Ethernet depending on the camera model). The interface system includes interface circuitry that receives image data from the image capturing system and transfers the image data to the processor system. |
| a memory for storing imaging array data and clocking signals at a rate determined by the clocking signals; | The COP Security surveillance camera has a memory for storing imaging array data and clocking signals at a rate determined by the clocking signals.<br><br>For example, the interface circuitry includes a buffer module that stores the image data that is received from the image capturing system. The buffer module has data, control and clock signal inputs (e.g. to receive data, control and clock signalling output from the sensor's I/O interface). The buffer module clocks its internal and external signals at a rate that is determined by the input clock signals. This enables the buffer module to store the image data at a rate that is in accordance with the pixel clock domain of the image capturing system. |
| a signal generator for generating a signal for transmission to the processor system in response to the quantity of data in the memory.<br><br>For example, the interface circuitry includes interface functionality that generates | The COP Security surveillance camera has a signal generator for generating a signal for transmission to the processor system in response to the quantity of data in the memory.<br><br>For example, the interface circuitry includes interface functionality that generates |

| | |
|---|---|
| response to the quantity of data in the memory; and | a signal when the buffer module has image data that is ready for transmission to the processor system. The signal indicates that the buffer module has a frame of image data for the processor system. |
| a circuit for controlling the transfer of the data from the memory at a rate determined by the processor system. | The COP Security surveillance camera has a circuit for controlling the transfer of the data from the memory at a rate determined by the processor system.<br><br>For example, the interface circuitry of the surveillance camera includes timing and control functionality that controls the transfer of image data from the buffer module to the processor system. The timing and control functionality enables the image data to be transferred at a rate determined by the processor system. This enables the processor system to acquire the image data at a rate that is in accordance with the processor clock domain. |

**Product List:**

Bullet Cameras:
  2MP: NM12T, NM22BP, NM52BP, NM52T, NMD12P, NMD12PL, NMD12PLA
  4MP: NM54T, NM14T
  5MP: NM25BP, NMD45P, NM55BP, NM55T, NM75BP
  8MP: NM58BMP

All-in-one Cameras:
  2MP: NZ042H, NZ102H, NZ202H, NZ202H-PT, NZ302H, NZ302H-PT
  3MP: NZ302H-300
  Stainless Steel: NZ202RST, NZ202STC, NZ302RST, YK-MP26-1A-20H

External Cameras:
  2MP: NM72T
  4MP: NM74T
  5MP: NM75T

Dome Cameras:
  2MP: ND12T, ND22BP, ND22T, ND32BP, ND32T, ND42T, NDD12P

3MP: ND23BW, ND23BWP, ND43BW
4MP: ND14T, ND24T, ND34T, ND44T, ND54BP
5MP: ND25BP, ND25T, ND35BP
8MP: ND28BMP

Box IP Cameras:
2MP: NA12X

## References:

[1] COP Security System – Network Cameras
https://www.cop-security.com/product.php?lang=en&tb=3&cid=171&ot=all

[2] 2MP Bullet Cameras
https://www.cop-security.com/product.php?lang=en&tb=3&cid=537

[3] 2MP IR PoE IP Camera NMD12PLA
https://www.cop-security.com/product_d.php?lang=en&tb=3&id=8605

[4] 4MP Bullet Cameras
https://www.cop-security.com/product.php?lang=en&tb=3&cid=585

[5] 4M IR Bullet IP Camera NM54T
https://www.cop-security.com/product_d.php?lang=en&tb=3&id=2079

[6] 5MP Bullet Cameras
https://www.cop-security.com/product.php?lang=en&tb=3&cid=600

[7] 5MP POE IR IP Cameras NM25BP
https://www.cop-security.com/product_d.php?lang=en&tb=3&id=8096

[8] 8MP IR Motorized Lens POE IP Camera NM58BMP
https://www.cop-security.com/product_d.php?lang=en&tb=3&id=7588

[9] 2MP All-in-one Cameras
https://www.cop-security.com/product.php?lang=en&tb=3&cid=1673

[10] 2M 4X Full HD Network Bullet PTZ IR Camera NZ042H
https://www.cop-security.com/product_d.php?lang=en&tb=3&id=5780

[11] 3M 30X HD Long Range Infrared IP Camera NZ302H-300
https://www.cop-security.com/product_d.php?lang=en&tb=3&id=5948

[12] All-in-one Stainless Steel
https://www.cop-security.com/product.php?lang=en&tb=3&cid=2204

[13] 2M 20X IR STAINLESS IP Camera NZ202RST
https://www.cop-security.com/product_d.php?lang=en&tb=3&id=5912

[14] 2M IR External IP Camera NM72T
https://www.cop-security.com/product_d.php?lang=en&tb=3&id=2061

[15] 4M IR External IP Camera NM74T
https://www.cop-security.com/product_d.php?lang=en&tb=3&id=2067

[16] 5M IR External IP Camera NM75T
https://www.cop-security.com/product_d.php?lang=en&tb=3&id=2088

[17] 2MP Dome Cameras
https://www.cop-security.com/product.php?lang=en&tb=3&cid=1581

[18] 2MP IR Dome PoE IP Cameras ND32BP
https://www.cop-security.com/product_d.php?lang=en&tb=3&id=7456

[19] 3MP Dome
https://www.cop-security.com/product.php?lang=en&tb=3&cid=1587

[20] 3MP True WDR IR Dome IP Camera ND23BW
https://www.cop-security.com/product_d.php?lang=en&tb=3&id=2022

[21] 4MP Dome Cameras
https://www.cop-security.com/product.php?lang=en&tb=3&cid=1590

[22] 4MP Network IR Dome Camera ND54BP
https://www.cop-security.com/product_d.php?lang=en&tb=3&id=2046

[23] 5MP Dome Cameras
https://www.cop-security.com/product.php?lang=en&tb=3&cid=1593

[24] 5MP IR Dome Varifocal IP Camera ND25BP
https://www.cop-security.com/product_d.php?lang=en&tb=3&id=7119

[25] 8MP IR Motorized Lens PoE Dome IP Cameras ND28BMP
https://www.cop-security.com/product_d.php?lang=en&tb=3&id=7528

[26] 2M Box IP Camera NA12X
https://www.cop-security.com/product_d.php?lang=en&tb=3&id=2007